1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH LESLEY MESA,

         Plaintiff,

   v.

CAROLYN W. COLVIN,

         Defendant.

Case No.  14-cv-01821-JST

**ORDER DIRECTING PLAINTIFF TO NOTIFY THE COURT IF SHE CONSENTS TO ASSIGNMENT TO A MAGISTRATE JUDGE**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).  Defendant Carolyn Colvin has consented to reassignment.  ECF No. 9.

Accordingly, Plaintiff Mesa is hereby DIRECTED to advise the Court, no later than fourteen days from the date of this Order, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
JON S. TIGAR
United States District Judge