1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ELIZABETH LESLEY MESA,

   Plaintiff,

   Case No. 14-cv-01821-JST

8  v.

   **ORDER DIRECTING CLERK TO REASSIGN CASE TO A MAGISTRATE JUDGE**

9  CAROLYN W. COLVIN,
10
   Defendant.
11
12     All parties having consented to reassignment, the Clerk is herby directed to reassign this
13  action to a magistrate judge.  See Civil L.R. 73-1(b).
14     **IT IS SO ORDERED.**
15  Dated: May 7, 2014
16                                              _____
                                                JON S. TIGAR
17                                              United States District Judge
18
19
20
21
22
23
24
25
26
27
28