UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ELIZABETH L. MESA,<br><br>              Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br><br>              Defendant.<br>_____/ | No. C 14-01821 LB<br><br>**AMENDED NOTICE OF REASSIGNMENT AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING DEADLINES** |

In this action, Plaintiff Elizabeth Mesa asks the court to review the ruling of the Social Security Administration. Complaint, ECF No. 1. On May 7, 2014, with all parties' consent, the district court directed the Clerk of the Court to reassign this action to a magistrate judge. 5/7/2014 Order, ECF No. 12. The undersigned now is the presiding judge over this action. Reassignment, ECF No. 13. The court issues this order to provide notice of the reassignment and to make clear that the deadlines for filing summary judgment motions that are found in the district's Procedural Order for Social Security Actions continue to apply. *See* Procedural Order, ECF No. 6.

**IT IS SO ORDERED.**

Dated: May 12, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-01821 LB
ORDER